UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| MARIA DEL CARMEN PEREZ,<br><br>     Petitioner,<br><br>     v.<br><br>JOHN MORTON, Director of Immigration AND Customs, et al.,<br><br>     Respondents. | ED CV 12-00316-JVS (SH)<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and the action is dismissed.

DATED: July 12, 2012

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE