UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| MARIA DEL CARMEN PEREZ, | ) ED CV 12-00316-JVS (SH) |
| | ) |
| | ) JUDGMENT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN MORTON, Director of Immigration AND Customs, et al., | ) |
| | ) |
| | ) |
| Respondents. | ) |

IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and the action is dismissed.

DATED: July 12, 2012

*/s/ James V. Selna*

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1